**STATE OF MONTANA,**
   **Plaintiff,**                  **CAUSE NO. CDC-87-236**
**vs.**                            **NUNC PRO TUNC ORDER TO**
**CRAIG W. FRAZIER,**         **CORRECT DECISION**
   **Defendant,**

The sentencing date listed in the first and last paragraph of the August 14, 2007 Decision of the Sentence Review Division was incorrectly listed as November 29, 2005.

**NOW, THEREFORE, IT IS ORDERED THAT** the sentencing date in the first and last paragraph of the August 14, 2007 Decision of the Sentence Review Division, is hereby amended to read **September 29, 2005**.

DATED this 30th day of August, 2007.

Chairperson, Hon. Randal I. Spaulding